David S. Barlow OSB 840101
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Tel. (206) 224-9900
davidb@bcmjlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION PLAN**,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**SIGNATURE NORTHWEST LLC, MFH AGI, LLC, MFH AVIATION, LLC, MFH DAYTON, LLC, MFH TRAILBLAZER LLC, MFH 16TH STREET GARAGE LLC,**<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-02244-YY<br><br>STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANTS |

## STIPULATION

This Stipulated Dismissal is entered into between Plaintiff and Defendants MFH AGI, LLC, MFH Aviation LLC, MFH Dayton, LLC, MFH Trailblazer LLC, and MFH 16th Street Garage LLC.

The parties hereby stipulate to a judgment of dismissal of all claims against Defendants MFH AGI, LLC, MFH Aviation LLC, MFH Dayton, LLC, MFH Trailblazer LLC, and MFH 16th Street Garage LLC without prejudice and without costs or attorney fees to any party.

STIPULATED JUDGMENT OF DISMISSAL
OF DEFENDANTS – 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 (wdl) ec22d901fw

Dated this 23rd day of March, 2021.

Stipulated by:

                                            */s/ David S. Barlow*
                                            David S. Barlow, OSB 840101
                                            BARLOW COUGHRAN
                                            MORALES & JOSEPHSON, P.S.
                                            1325 4th Ave., Suite 910
                                            Seattle, WA 98101
                                            davidb@bcmjlaw.com
                                            Attorney for Plaintiff Trust

                                            */s/ Anna Sortun (with permission)*
                                            Anna Sortun, OSB 045279
                                            TONKON TORP LLP
                                            888 SW Fifth Avenue, Suite 1600
                                            Portland, OR 97204
                                            Attorneys for Defendants MFH Entities

## JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendants MFH AGI, LLC, MFH Aviation LLC, MFH Dayton, LLC, MFH Trailblazer LLC, and MFH 16th Street Garage LLC are dismissed without prejudice and without costs or attorney fees to any parties.

DATED this __2nd__ day of __April__, 2021.

                                 /s/ Youlee Yim You
                                HONORABLE YOULEE YIM YOU
                                U.S. MAGISTRATE JUDGE

STIPULATED JUDGMENT OF DISMISSAL
OF DEFENDANTS – 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 (wdl) ec22d901fw

SUBMITTED BY:

          */s/ David S. Barlow*
          David S. Barlow, OSB 840101
          BARLOW COUGHRAN
          MORALES & JOSEPHSON, P.S.
          1325 4th Ave., Suite 910
          Seattle, WA 98101
          davidb@bcmjlaw.com
          Attorney for Plaintiff Trust

          */s/ Anna Sortun (with permission)*
          Anna Sortun, OSB 045279
          TONKON TORP LLP
          888 SW Fifth Avenue, Suite 1600
          Portland, OR  97204
          Attorneys for Defendants MFH Entities

## CERTIFICATE OF SERVICE

This will certify that on March 23, 2021 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users.

Dated this 23rd day of March, 2021 at Seattle, Washington.

          */s/ David S. Barlow*
          David S. Barlow, OSB 840101
          BARLOW COUGHRAN
          MORALES & JOSEPHSON, P.S.
          Attorney for Plaintiff Trust

STIPULATED JUDGMENT OF DISMISSAL
OF DEFENDANTS – 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 (wdl) ec22d901fw