IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION PLAN,** | Case No. 3:20-cv-02244-YY |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| **SIGNATURE NORTHWEST LLC, MFH AGI, LCC, MFH AVIATION, LLC, MFH DAYTON, LLC, MFH TRAILBLAZAER LLC, MFH 16TH STREET GARAGE LLC,** | |
| Defendants. | |

**MOSMAN, J.,**

On October 7, 2021, Magistrate Judge Youlee Yim You issued her Findings and Recommendation ("F. & R.") [ECF 20]. Judge You recommends that I grant the Plaintiff's Motion for Default Judgment [ECF 17]. Objections were due on October 28, 2021, but none were filed. I agree with Judge You.

**STANDARD OF REVIEW**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge but retains responsibility for making the final determination. The court is generally required to

1 – OPINION AND ORDER

make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F. & R. to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F. & R. depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F. & R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge You's recommendations, I ADOPT her F. & R. [ECF 20] as my own opinion, and I GRANT the Plaintiff's Motion for Default Judgment [ECF 17].

IT IS SO ORDERED.

DATED this  1   day of November, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge