IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION PLAN,**

        Plaintiff,

   v.

**SIGNATURE NORTHWEST LLC, MFH AGI, LCC, MFH AVIATION, LLC, MFH DAYTON, LLC, MFH TRAILBLAZAER LLC, MFH 16TH STREET GARAGE LLC,**

        Defendants.

Case No. 3:20-cv-02244-YY

DEFAULT JUDGMENT

**MOSMAN, J.,**

    Based upon the Order of the Court [ECF 22], a judgment is entered for Plaintiff in the amount of $996,803.00 plus liquidated damages of $199,360.60, interest of $51,123.70, attorney's fees of $1,574.50, and $527 in costs.

    IT IS SO ORDERED.

    DATED this __1__ day of November, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – JUDGMENT